Steven M. McClean, SBN 077351
Kimberly L. Mayhew, SBN 199105
CASWELL BELL & HILLISON LLP
5200 North Palm Avenue, Suite 211
Fresno, California 93704
Telephone: 559/225-6550
Facsimile: 559/225-7912
Email: kmayhew@caswellbell.com

Attorneys for plaintiffs Leonel Rodriguez and Maria del Carmen Soto

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONEL RODRIGUEZ and MARIA DEL CARMEN SOTO,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTRYWIDE HOME LOANS, a New York Corporation; LITTON LOAN SERVICING LP, a Delaware Limited Partnership; MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC., a business organization form unknown; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. CV F 08-0869 DLB<br><br>**REQUEST FOR DISMISSAL OF PARTY AND ORDER THEREON** |

Plaintiffs Leonel Rodriguez and Maria del Carmen Soto hereby request that a dismissal with prejudice be entered as to defendants Litton Loan Servicing, LP, and Mortgage Electronic Registration Systems, Inc., pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2). In support thereof, plaintiffs represent as follows:

1. A Complaint was filed by plaintiffs against defendants in Fresno County Superior Court, Case No. 08 CECG 01668, on May 13, 2008.

///

2. On June 18, 2009, defendants removed the case to this Court pursuant to 28 U.S.C. § 1441(b).

3. On or about September 21, 2009, plaintiffs reached a settlement in this matter with Litton Loan Servicing, LP, and Mortgage Electronic Registration Systems, Inc., which resolved all issues between plaintiffs, Litton Loan Servicing, LP, and Mortgage Electronic Registration Systems, Inc.

4. All terms of the settlement have been performed by Litton Loan Servicing, LP, and Mortgage Electronic Registration Systems, Inc., including payment of settlement proceeds and a request to credit reporting agencies to remove negative references from plaintiffs' credit.

5. The issues in the lawsuit have been resolved as to Litton Loan Servicing, LP, and Mortgage Electronic Registration Systems, Inc. Accordingly, plaintiffs respectfully request that the Court enter an order dismissing this lawsuit as to Litton Loan Servicing, LP, and Mortgage Electronic Registration Systems, Inc., with prejudice, with each party to bear its own fees and costs.

DATED: November 5, 2009.                           CASWELL BELL & HILLISON LLP

By:     /s/ Kimberly L. Mayhew
            Kimberly L. Mayhew
            Attorneys for Plaintiffs

**ORDER**

IT IS ORDERED that a dismissal with prejudice shall be entered as to Litton Loan Servicing, LP, and Mortgage Electronic Registration Systems, Inc., pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2). The parties shall bear their own fees and costs. Said dismissal shall be effective sixty (60) days after the date of this order, unless any party shall have filed an objection to the dismissal, in which event the request for dismissal shall be heard upon notice to all parties.

IT IS SO ORDERED.

Dated:   **November 9, 2009**              **/s/ Dennis L. Beck**
                                           UNITED STATES MAGISTRATE JUDGE