Steven M. McClean, SBN 077351
Kimberly L. Mayhew, SBN 199105
CASWELL BELL & HILLISON LLP
5200 North Palm Avenue, Suite 211
Fresno, California 93704
Telephone: 559/225-6550
Facsimile: 559/225-7912
Email: kmayhew@caswellbell.com

Attorneys for plaintiffs Leonel Rodriguez and Maria del Carmen Soto

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONEL RODRIGUEZ and MARIA DEL CARMEN SOTO,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTRYWIDE HOME LOANS, a New York Corporation; LITTON LOAN SERVICING LP, a Delaware Limited Partnership; MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC., a business organization form unknown; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. CV F 08-0869 DLB<br><br>**REQUEST FOR DISMISSAL OF THIRD CAUSE OF ACTION AND FOURTH CAUSE OF ACTION; ORDER THEREON** |

Plaintiffs Leonel Rodriguez and Maria del Carmen Soto hereby request that a dismissal with prejudice be entered as to the Third Cause of Action (Wrongful Foreclosure) and the Fourth Cause of Action (Violation of California Bus. & Prof. Code §17200, et seq.), pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2). In support thereof, plaintiffs represent as follows:

1. A Complaint was filed by plaintiffs against defendants in Fresno County Superior Court, Case No. 08 CECG 01668, on May 13, 2008.

1  2.  On June 18, 2009, defendants removed the case to this Court pursuant to 28
2  U.S.C. § 1441(b).
3  3.  Plaintiffs request that this Court dismiss the Third Cause of Action for
4  Wrongful Foreclosure and the Fourth Cause of Action for Violation of California Bus. &
5  Prof. Code §17200, et seq., with prejudice.

7  DATED: November 13, 2009.                    CASWELL BELL & HILLISON LLP

9                                               By:    */s/ Kimberly L. Mayhew*
                                                      Kimberly L. Mayhew
10                                                    Attorneys for Plaintiffs

**ORDER**

IT IS ORDERED that a dismissal with prejudice shall be entered as to the Third Cause of Action (Wrongful Foreclosure) and the Fourth Cause of Action (Violation of California Bus. & Prof. Code §17200, et seq.).

IT IS SO ORDERED.

Dated:   **November 16, 2009**              **/s/ Dennis L. Beck**
                                                                    UNITED STATES MAGISTRATE JUDGE