1 **BRYAN CAVE LLP**
Robert E. Boone III, Esq. (132780)
2 Nafiz Cekirge, Esq. (255710)
120 Broadway, Suite 300
3 Santa Monica, California 90401-2386
Telephone: (310) 576-2100
4 Facsimile: (310) 576-2200
E-Mail: reboone@bryancave.com
5 nafiz.cekirge@bryancave.com

6 Attorneys for Defendant
COUNTRYWIDE HOME LOANS, INC.

7

8 **UNITED STATED DISTRICT COURT**

9 **EASTERN DISTRICT OF CALIFORNIA**

10

11 LEONEL RODRIGUEZ and MARIA
DEL CARMEN SOTO,
12
Plaintiffs
13
v.
14
COUNTRYWIDE HOME LOANS, a
15 New York corporation; LITTON
LOAN SERVICING LP, a Delaware
16 limited partnership; MORTGAGE
ELECTRONIC REGISTRATION
17 SYSTEMS, INC., a business
organization form unknown; and
18 DOES 1 through 100, inclusive

19 Defendants.

20

21

| | |
|---|---|
| Case No. 1:08-CV-00869-DLB | |
| Hon. Dennis L. Beck | |
| **JUDGMENT IN FAVOR OF COUNTRYWIDE HOME LOANS** | |

22

23

24

25

26

27

28

0226177/764268

1    Whereas, on November 12, 2009, the Court entered an order granting

2 Defendant Countrywide Home Loans, Inc.'s ("Countrywide") Motion for Summary

3 Judgment, or in the alternative, Partial Summary Judgment and dismissing Plaintiffs

4 Leonel Rodriguez and Maria Del Carmen Soto's ("Plaintiffs") claims against

5 Countrywide for: (1) violations of the Real Estate Settlement Procedures Act, 12

6 U.S.C. § 2601 *et seq.* ("RESPA") and (2) violations of California Civil Code §

7 2937;

8    Whereas, on November 12, 2009, the Court entered an order directing

9 Plaintiffs to dismiss their remaining claims against Countrywide for: (1) wrongful

10 foreclosure and (2) violations of California Business and Professions Code § 17200

11 *et seq.*;

12    Whereas, on November 16, 2009, the Court entered an order dismissing with

13 prejudice Plaintiffs' remaining claims against Countrywide for: (1) wrongful

14 foreclosure and (2) violations of California Business and Professions Code § 17200

15 *et seq.*;

16    IT IS THEREFORE ORDERED AND ADJUDGED that:

17    All claims in Plaintiffs' Complaint are dismissed as against Countrywide.

18 Judgment is hereby entered in favor of Countrywide and against Plaintiffs on all

19 claims.  Countrywide is entitled to recover its costs and fees as permitted by law.

20
IT IS SO ORDERED.
21

22   Dated:   **December 18, 2009**          /s/ *Dennis L. Beck*
                                          UNITED STATES MAGISTRATE JUDGE
23

24

25

26

27

28

0226177/764268                         1
[PROPOSED] JUDGMENT